IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**KATIE M. KONONEN and**
**JEFF L. COOPER**,

      Plaintiffs,

v.

**BANFIELD PET HOSPITAL and**
**DR. ASHLEY KATE HAGENLOH**,

      Defendants.

**Civ. No. 6:23-cv-00397-MC**

**JUDGMENT**

**MCSHANE, Judge**:

    Based on the record, this case is DISMISSED.

IT IS SO ORDERED.

    DATED this 14th day of April, 2023.

                                          _____/s/ Michael J. McShane_____
                                                      Michael McShane
                                             United States District Judge