Dear Honorable Judge Michael Jerome McShane

 Would it be possible we could talk with you in the Chambers and we have witnesses that would like to talk too.

Also I Jeff L Cooper, have been very sick with stomach problem and I just got out of the Hospital could we have more time with the case as well. I can show my medical records too.

Sincerely,

Katie M Kononen,

Jeff L Cooper,

CIAL STAMP
URELLE PEDROLI
UBLIC - OREGON
ION NO. 1030354
NOVEMBER 07, 2026