Dr. Ashley Kate Hagenloh took over Skylar care back in July / August 2022. Dr. Hagenloh, was never forthcoming and very sneaky about care with Skylar.  When Skylar was attack by 3 Pit bulls and seen by Dr. Hagenloh, She withheld evidence and refuses to contact Law Enforcement on the crime. Dr. Hagenloh hid records on Skylar attack and other records. I would like to know how my dog died from diabetes when 2 months prior her lab work shown no signs of diabetes and she was a healthy dog with no change in her diet? She had regular check ups with lab work and they were always normal and healthy.

Sincerly
Katie M. Konoven